UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD KEITH ADAMS,

    Plaintiff,

v.                                             Case No: 3:13-cv-474-J-39JRK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 24) entered by the Honorable James R. Klindt, United States Magistrate Judge, on April 29, 2014. Plaintiff, who is proceeding *pro se*, is appealing an administrative decision denying his claim for Supplemental Security Income ("SSI") under the Social Security Act. The parties filed memoranda[1] along with the administrative record and, upon review of these filings, the Magistrate Judge issued the Report and Recommendation (Doc. 24) in which he recommended that the Commissioner's decision be affirmed.

---

[1] Although directed to file a memorandum of law and to "identify with particularity the grounds upon which the administrative decision [was] being challenged," (Doc. 14), Plaintiff filed a document in which he simply listed his health problems and prescribed medications. (See Doc. 15). Defendant filed a responsive memorandum on December 12, 2013, detailing why the Commissioner's decision should be affirmed. (Doc. 18). Because "Plaintiff had not taken advantage of the opportunity to make specific allegations of error on the part of the Administration and because Defendant had argued in detail that the Administration's final decision should be upheld," (Doc. 24, p. 6), the Magistrate Judge permitted Plaintiff to file a reply addressing Defendant's contentions. (Doc. 21). Plaintiff did so on January 27, 2014, however, rather than addressing Defendant's contentions, Plaintiff simply informed the Court that he was in the process of getting forms filled out and taking various tests. (Doc. 23).

Plaintiff did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district judge is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, a district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper–Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the factual and legal conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Doc. 24) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Pursuant to sentence four of 42 U.S.C. § 405(g), as incorporated by § 1383(c)(3), the decision of the Commissioner is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of July, 2014.

BRIAN J. DAVIS
United States District Judge

mh
Copies furnished to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record
*Pro Se* Plaintiff